**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6127

ROBERT WILSON,

　　　　　Plaintiff – Appellant,

　　v.

WEXFORD HEALTH SOURCES, INC.; JOHN MORGAN, M.D.; KELLY
TEACH, L.P.N.; MS. C. LYNN, Psychology Dept.,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-03943-GLR)

Submitted:  May 19, 2015　　　　　　　Decided:  June 11, 2105

Before GREGORY and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Wilson, Appellant Pro Se. Gina Marie Smith, MEYERS,
RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Wilson appeals the district court's order granting summary judgment to defendants in this action under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. Wexford Health Sources, Inc., No. 1:13-cv-03943-GLR (D. Md. Jan. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED